UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL

VERSUS                                      NUMBER: 22-208

DANIELLE COLEMAN                             SECTION: J

ORDER

**IT IS ORDERED** that the initial appearance and arraignment set for September 28, 2022 at 2:00 pm, is **RESET** to 3:00 pm the same day before the Duty Magistrate.

New Orleans, Louisiana this 26th day of September 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE