MINUTE ENTRY
SEPTEMBER 28, 2022
NORTH, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-208 |
| DANIELLE COLEMAN | SECTION: J |

INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT WITH/WITHOUT COUNSEL   RET: GREGORY CARTER
1100 POYDRAS ST., SUITE 2990, NEW ORLEANS, LA 70163
X  ASSISTANT U.S. ATTORNEY   RACHAL CASSAGNE, (SPIRO LATSIS)
___INTERPRETER _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

 X / DEFENDANT WAS ADVISED OF HIS RIGHTS

 X / READING OF THE INDICTMENT WAS:
     READ   WAIVED   (SUMMARIZED)

X/ DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN)/WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 06

**X/ BOND SET AT** _Defendant Released on own Recognizance with no conditions of Release._

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

**X/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.**

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**X/** DEFENDANT RELEASED ON BOND

**X/** DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR _Held_

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

__/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.