MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 28, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 22-208 |
| DANIELLE COLEMAN | SECTION: J |

**CRIMINAL ARRAIGNMENT**

| APPEARANCES: | X | DEFENDANT | |
|---|---|---|---|
| | X | COUNSEL FOR DEFENDANT | RET: GREGORY CARTER |
| | X | ASSISTANT U.S. ATTORNEY | RACHAL CASSAGNE, (SPIRO LATSIS) |
| | | INTERPRETER | SWORN |

(TIME:           .M to           .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / READING OF THE INDICTMENT: READ WAIVED SUMMARIZED

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **NOVEMBER 16, 2022 AT 3:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE CAROL J. BARBIER**

X / TRIAL: **DECEMBER 5, 2022 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

MJSTAR: 00: 02