AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                                              Page 1 of __2__ Pages

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>DANIELLE COLEMAN<br><br>*Defendant* | )<br>)<br>)   Case No.   22-208 J<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:     NEW ORLEANS, LOUISIANA
   *Place*

   on     WHEN ORDERED
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

DEFENDANT: DANIELLE COLEMAN                                    CASE NO.:22-208 J

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 9/28/22                                                  _____
                                                                *Defendant's signature*

_____                                _____
*Surety/property owner – printed name*                          *Surety/property owner – signature and date*

_____                                _____
*Surety/property owner – printed name*                          *Surety/property owner – signature and date*

_____                                _____
*Surety/property owner – printed name*                          *Surety/property owner – signature and date*

                                                               *JUDICIAL OFFICER/CLERK OF COURT*

Date: _____

                                                               _____
                                                               *Signature of Judicial Officer/Clerk or Deputy Clerk*

Approved.
Date: 9/28/22
                                                               _____
                                                               *Magistrate Judge/Judge's signature*