UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-208 |
| VERSUS | SECTION "J" |
| DANIELLE COLEMAN | VIOLATION: 18 U.S.C. § 641 |

**NOTICE OF JURY TRIAL on DECEMBER 5, 2022 AT 8:30 A.M.**

**PRETRIAL CONFERENCE SET FOR NOVEMBER 16, 2022 AT 3:00 P.M.**

Take notice that this criminal case has been set for JURY TRIAL on MONDAY, DECEMBER 5, 2022, 8:30 a.m. before JUDGE CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New Orleans, Louisiana 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: October 4, 2022

TO:

DANIELLE COLEMAN  (BOND)

Counsel for Defendant:
Gregory Carter
gcarterlaw@gmail.com

CAROL L. MICHEL, CLERK

by: Gail Chauvin,  Deputy Clerk

AUSA:  Rachal Cassagne

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

JUDGE

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER:  NO

If you change address,
notify clerk of court
by phone, 589-7694