UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-208 |
| VERSUS | SECTION "J" |
| DANIELLE COLEMAN | VIOLATION: 18 U.S.C. § 641 |

**NOTICE OF SENTENCING on APRIL 27, 2023 at 9:30 A.M.**

Take notice that this criminal case has been set for SENTENCING on THURSDAY, APRIL 27, 2023, 9:30 a.m. before JUDGE CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New Orleans, Louisiana 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  January 19, 2023 | CAROL L. MICHEL, CLERK |
| TO: | by: Gail Chauvin,  Deputy Clerk |
| DANIELLE COLEMAN  (BOND) | AUSA:  Rachal Cassagne |
| Counsel for Defendant: | U.S. Marshal |
| Gregory Carter
gcarterlaw@gmail.com | U.S. Probation Officer |
| | U.S. Pretrial Services |
| | JUDGE |
| | MAGISTRATE |
| | COURT REPORTER COORDINATOR
INTERPRETER:  NO |

If you change address,
notify clerk of court
by phone, 589-7694